UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHARLINE COMPTON

     Plaintiff(s),　　　　　　　　　　　No. 07-05695 JL

  v.　　　　　　　　　　　　　　　　NOTICE OF IMPENDING
　　　　　　　　　　　　　　　　　　　　REASSIGNMENT TO A UNITED
　　　　　　　　　　　　　　　　　　　　<u>STATES DISTRICT COURT JUDGE</u>

ASBESTOS DEFENDANTS

     Defendant(s).
_____/

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX**　(1)　One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

　　　(2)　One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The **CASE MANAGEMENT CONFERENCE** previously scheduled for February 20, 2008 at 10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

Dated: November 16, 2007

　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　　United States District Court

　　　　　　　　　　　　　　　　　　　　_____*Wings Hom*_____
　　　　　　　　　　　　　　　　　　　　By: Wings Hom, Deputy Clerk

reassig1.DCT　　　　　　　　　　　　　　1