1  ALAN R. BRAYTON, ESQ., S.B. #73685
   DAVID R. DONADIO, ESQ., S.B. #154436
2  RICHARD M. GRANT, ESQ., SB #55677
   BRAYTON✜PURCELL
3  ATTORNEYS AT LAW
   222 Rush Landing Road
4  P.O. Box 6169
   Novato, California 94948-6169
5  (415) 898-1555

6  Attorneys for Plaintiffs

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | SHARLINE COMPTON, as Wrongful      )   No. C 07-05695 WHA
   | Death Heir, and as Successor-in-Interest to )
13 | MARK ALLEN COMPTON, Deceased;      )   STIPULATION REMANDING CASE TO
   | and MARK A.R. COMPTON, BILLY      )   SUPERIOR COURT OF CALIFORNIA,
14 | COMPTON, and RICHARD COMPTON, a   )   COUNTY OF SAN FRANCISCO
   | minor, by and through his Guardian Ad )
15 | Litem, SHARLINE COMPTON, as Legal )
   | Heirs of MARK ALLEN COMPTON,      )
16 | Deceased,                          )
                                       )
17         Plaintiffs,                 )
                                       )
18 | vs.                                )
                                       )
19 | ASBESTOS DEFENDANTS (B✜P)         )
                                       )
20         Defendants,                 )
                                       )
21 | VIAD CORP., Individually and as Alleged )
   | Successor-in-interest to Griscom-Russell )
22 | Co.                                )
                                       /
23

24         IT IS HEREBY STIPULATED by and between plaintiffs and defendant VIAD CORP,

25 individually and as alleged successors-in-interest to Griscom-Russell Company (hereinafter

26 "VIAD"), by and through their respective counsel, as follows:

27         1.  This asbestos personal injury action was originally filed in Superior Court of

28 California, County of San Francisco (the "State Court"), Case No. CGC 07-274310 (the "State

---
1
STIPULATION REMANDING CASE TO CALIFORNIA SUPERIOR COURT; C 07-05695 WHA

1. Action"), in which the plaintiff alleged various claims against defendant VIAD, amongst others.

2. Defendant VIAD filed its Notice of Removal of the State Action on September 8, 2007 pursuant to 28 U.S.C. Section 1442(a)(1).

3. After mutual review, discussion and analysis of this action, the parties agree that remand to the State Court is appropriate at this time.

4. This Court may immediately remand this matter to the California Superior Court, County of San Francisco.

Dated: 11/23/07

CHARTER DAVIS, LLP

By: _____
Whitney A. Davis
Attorneys for Defendant
VIAD CORP, individually and as alleged Successor-in-interest to Griscom-Russell Company

Dated: 11/26/07

BRAYTON❖PURCELL, LLP

By: _____
Richard M. Grant
Attorneys for Plaintiffs
SHARLINE COMPTON, et al.

---

2
STIPULATION REMANDING CASE TO CALIFORNIA SUPERIOR COURT; C 07-05695 WHA

PROOF OF SERVICE

I am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 222 Rush Landing Road, Novato, California 94948-6169.

On November 26, 2007, I served the attached:

**STIPULATION REMANDING CASE TO SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO**
and
**[PROPOSED] ORDER REMANDING CASE TO SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO**
Sharline Compton, et al. v. Asbestos Corp., (Viad Corp. removing def.)
USDC C07-05695 WHA

on the interested parties in this action by transmitting a true copy thereof in a sealed envelope, and each envelope addressed as follows:

**TO ALL PARTIES ON THE ATTACHED SERVICE LIST**

    XXX  BY OFFICE MAILING: I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Novato, California in the ordinary course of business. I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

Executed this **November 26, 2007** at Novato, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*/s/ Jane A. Ehni*
JANE A. EHNI

BRAYTON♦PURCELL
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
NOVATO, CALIFORNIA 94945
(415) 898-1555

G:\POS\MULTIP.WPD    1.

Date Created: 11/26/2007-3:09:37 PM
Created by: LitSupport - ServiceList - Live
Matter Number: 25572.003 - Sharline Compton
Run By : Ehni, Jane (JAE)

**Berry & Berry**
P.O. Box 16070
2930 Lakeshore Avenue
Oakland, CA 94610
510-835-8330   510-835-5117 (fax)
**Defendants:**
  Berry & Berry (B&B)

**Charter Davis LLP**
1730 I Street, Suite 240
Sacramento, CA 95814
916-448-9000   916-448-9009 (fax)
**Defendants:**
  Viad Corp. (VIAD)

**Howard, Rome, Martin & Ridley**
1775 Woodside Road, Suite 200
Redwood City, CA 94061
650-365-7715   650-364-5297 (fax)
**Defendants:**
  IMO Industries, Inc. (IMOIND)

**Lewis Brisbois Bisgaard & Smith LLP**
One Sansome Street
Suite 1400
San Francisco, CA 94104
415-362-2580   415-434-0882 (fax)
**Defendants:**
  Plant Insulation Company (PLANT)

**Mendes & Mount**
445 S. Figueroa Street
38th Floor
Los Angeles, CA 90071
213-955-7700   213-955-7725 (fax)
**Defendants:**
  Curtiss-Wright Corporation (CURTWR)

**Pond North, LLP**
350 South Grand Avenue, Suite 2850
Los Angeles, CA 90071
213-617-6170   213-623-3594 (fax)
**Defendants:**
  Viacom, Inc. (VIACOM)

**Thomas, Whitelaw & Tyler LLP.**
Three Embarcadero Center
Suite 1350
San Francisco, CA 94111-4037
415-820-0400   415-820-0405 (fax)
**Defendants:**
  American Airlines, Inc. (AMAIRL)

**Travis & Pon**
2271 California Street
San Francisco, CA 94115
415-923-1200   415-673-6263 (fax)
**Defendants:**
  Plant Insulation Company (PLANT)