**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARLINE COMPTON, as Wrongful Death Heir, and as Successor-in-Interest to MARK ALLEN COMPTON, Deceased; and MARK A.R. COMPTON, BILLY COMPTON, AND RICHARD COMPTON, a minor, by and through his Guardian Ad Litem, SHARLINE COMPTON, as Legal Heirs of MARK ALLEN COMPTON, Deceased<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ASBESTOS DEFENDANTS,<br><br>　　　　Defendant,<br><br>VIAD CORP., Individually and as Alleged Successor-in-interest to Griscom-Russell Co.<br>　　　　　　　　　　　　　　　　　　／ | No. C 07-05695 WHA<br><br>**ORDER REMANDING TO SUPERIOR COURT** |

　　　The Court has received the parties stipulation remanding this case to Superior Court of California, County of San Francisco. Accordingly, it is hereby ordered that this matter be **REMANDED** to the California Superior Court, County of San Francisco.

　　　**IT IS SO ORDERED.**

Dated: November 27, 2007

　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE